No. 93–6267.  KALAKAY v. NEWBLATT, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, 510 U. S. 1049.  Motion for leave to file petition for rehearing denied.

## MAY 9, 1994

No. A–926.  GACY v. PAGE, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay in order to give the applicant time to file a petition for writ of certiorari, and would grant the petition and vacate the death sentence in this case.

## MAY 11, 1994

*Certiorari Denied*

No. 93–9063 (A–931).  PICKENS v. TUCKER, GOVERNOR OF ARKANSAS, ET AL.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.